THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| NANCY LOOMIS and GERALD LOOMIS, husband and wife, and as Personal Representatives of the ESTATE OF KELLY LOOMIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PUYALLUP, a municipal corporation; AMBROSE J. SEITZ and "JANE DOE" SEITZ, husband and wife; and RODGER COOL and "JANE DOE" COOL, husband and wife,<br><br>Defendants. | No. CO2-5417 RJB<br><br>STIPULATION AND ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-entitled matter has been fully settled and compromised and may be dismissed with prejudice and without assessment of costs or attorney's fees to any party.

/ / /

/ /

/

STIPULATION AND ORDER OF DISMISSAL - 1
Cause No. CO2-5417 RJB
S:\BRYAN\SHARE\loomis.stip.dis.ord.ps.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  DATED this 22nd day of June 2005.

2                                        GORDON THOMAS HONEYWELL, ET AL.

3

4                                        s/ Michael T. Pfau
                                         Michael T. Pfau, WSBA # 24649
5                                        Plaintiff
                                         Gordon, Thomas, Honeywell, et al.
6                                        600 University #2100
                                         Seattle, WA  98101
7                                        (206) 676-7500
                                         mpfau@GTH-LAW.com
8

9
    DATED this ___ day of June, 2005.
10

                                         KEATING, BUCKLIN & McCORMACK,
11                                       INC., P.S.

12

                                         s/ Stewart A. Estes
13                                       Stewart A. Estes, WSBA # 15535
                                         Defendant
14                                       Keating Bucklin & McCormack, Inc., P.S.
                                         800 Fifth Avenue, #4141
15                                       Seattle, WA 98104
                                         (206) 623-8861
16                                       (206) 223-9423 Facsimile
                                         sestes@kbmlawyers.com
17

18

19

20

21

22

23

24

STIPULATION AND ORDER OF DISMISSAL - 2
Cause No. CO2-5417 RJB
S:\BRYAN\SHARE\loomis.stip.dis.ord.ps.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the Plaintiffs' claims are dismissed with prejudice and without assessment of costs or attorney's fees to any party.

DONE IN OPEN COURT this 28th day of June, 2005.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN

United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
Cause No. CO2-5417 RJB
S:\BRYAN\SHARE\loomis.stip.dis.ord.ps.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423